An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANNE SORGE KINGSBURY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
MATHEW HARTER, DISTRICT JUDGE,
Respondents,
and
JOHN R. KINGSBURY,
Real Party in Interest.

No. 67897

**FILED**

MAY 19 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges a district court order granting summary judgment in an action for divorce. Having reviewed the petition and appendix, we conclude that petitioner has not met her burden of demonstrating that our intervention by extraordinary writ relief is warranted, because petitioner has an adequate legal remedy in the form of an appeal from the adverse final judgment. NRAP 3A(b)(1) (allowing an appeal from a final judgment); NRS 34.170; NRS 34.330; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (holding that an appeal is generally an

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15394

adequate legal remedy precluding writ relief); *see also* NRAP 21(b)(1). Accordingly we,

ORDER the petition DENIED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Mathew Harter, District Judge
Louis C. Schneider, LLC
The Jacks Law Group
Eighth District Court Clerk